**[This opinion has been published in *Ohio Official Reports* at 176 Ohio St.3d 65.]**

THE STATE OF OHIO, APPELLEE, *v.* WILEY, APPELLANT.

[Cite as *State v. Wiley*, 2024-Ohio-1795.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2022-1114—Submitted April 24, 2024—Decided May 14, 2024.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 110753, 2022-Ohio-2131.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

KENNEDY, C.J., dissents and would affirm the judgment of the court of appeals because collateral estoppel does not apply to new trials following conviction and vacatur.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Daniel T. Van and Owen W. Knapp, Assistant Prosecuting Attorneys, for appellee.

Cullen Sweeney, Cuyahoga County Public Defender, and John T. Martin and Erika Cunliffe, Assistant Public Defenders, for appellant, DaJuan Wiley.

Steven L. Taylor, urging affirmance for amicus curiae, Ohio Prosecuting Attorneys Association.

_____